THE STATE OF OHIO, APPELLEE, *v.* BROWN, APPELLANT.

[Cite as *State v. Brown* (1996), 74 Ohio St.3d 523.]

(No. 95–2122—Submitted December 12, 1995—Decided February 14, 1996.)

*Mathias H. Heck, Jr.*, Montgomery County Prosecuting Attorney, and *Carley J. Ingram*, Assistant Prosecuting Attorney, for appellee.

*Ronald Perry Brown, pro se.*

---

*Per Curiam.* The judgment of the court of appeals is affirmed. In this court, appellant makes no attempt to establish good cause, but instead argues the questions he wanted the court of appeals to hear, but which it did not hear. The application was rejected for failure to state a good cause for late filing. That is the issue before this court. Since appellant does not even address the issue, the judgment of the court of appeals is affirmed.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.